STATE v. TAVARES

No. 438P83.

Case below: 63 N.C. App. 567.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 September 1983. Notice of appeal dismissed 7 September 1983.

STATE v. TEDDER

No. 301P83.

Case below: 62 N.C. App. 12.

Petition by defendant for discretionary review under G.S. 7A-31 denied 9 August 1983. Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 9 August 1983.

STATE EX REL. UTILITIES COMM. v. SEABOARD
COAST LINE RAILROAD

No. 386P83.

Case below: 62 N.C. App. 631.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 September 1983. Motion by Public Staff to dismiss the appeal for lack of substantial constitutional question allowed 7 September 1983.

THOMPSON v. HOME INSURANCE CO.

No. 349P83.

Case below: 62 N.C. App. 562.

Petitions by defendant and plaintiffs for discretionary review under G.S. 7A-31 denied 7 September 1983.

WEST v. SLICK

No. 111PA83.

Case below: 60 N.C. App. 345.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 7 September 1983.